**No. 26-2638**

# In the United States Court of Appeals for the Ninth Circuit

IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION

KIMBERLEY WOODRUFF; et al.,

*Plaintiffs-Appellants*,

v.

GOOGLE LLC,

*Defendant-Appellee*.

On Appeal from the United States District Court
for the Northern District of California
Case No. 4:21-cv-02155-YGR (The Hon. Yvonne Gonzalez Rogers)

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' OPENING BRIEF

The plaintiffs-appellants respectfully request a 33-day extension of time to file their opening brief from September 11, 2026, to and including October 14, 2026. This is the appellants' second request for an extension in this appeal. Counsel for the defendant-appellee has stated that they have no position on this request. No party will be prejudiced by the requested extension.

Counsel for the appellants in this case, Matthew Wessler—as well as the other members of his firm—has several pressing obligations that have taken up and will continue to take up substantial time over the month, including:

- A supplemental brief in the New York Court of Appeals in *Salter v. Meta*, No. APL-2025-00170, *Stanfield v. Alphabet Inc.*, No. APL-2025-00165, and *Jones v. Alphabet Inc.*, No. APL-2025-00169, on September 9, 2026;
- A response brief due in the Virginia Court of Appeals in *Parker v. Zwerner*, No. 0382-26-1, on September 11, 2026;
- An opening and answering brief due in the Eighth Circuit in *Ball-Bey v. Chandler*, Nos. 26-1415 and 26-1419, on September 18, 2026;
- An opening and answering brief due in the Nevada Supreme Court in *Escobia v. Raspperry*, Nos. 90213 and 89723, on September 23, 2026;
- An oral argument in the U.S. Supreme Court in *Anderson v. Intel*, No. 25-498, on October 6, 2026; and
- A reply brief due in the Fourth Circuit in *CareFirst of Maryland v. Johnson & Johnson*, No. 26-1248, on October 8, 2026.

For the foregoing reasons, this motion for a 33-day extension of time to file the opening brief should be granted.

August 28, 2026

Respectfully submitted,

*s/ Matthew W.H. Wessler*
MATTHEW W.H. WESSLER
GUPTA WESSLER LLP
1400 16th Street, NW
Suite 225
Washington, DC 20036
*matt@guptawessler.com*

# DECLARATION OF MATTHEW W.H. WESSLER IN SUPPORT OF EXTENSION TO FILE OPENING BRIEF UNDER CIRCUIT RULE 31-2.2(b)

I, Matthew W.H. Wessler, declare under penalty of perjury:

1. I am a member in good standing of the Bar of the District of Columbia and the bar of this Court. I am a principal at Gupta Wessler LLP in Washington, D.C., the firm retained as appellate counsel by the plaintiffs-appellants in this matter. The appellants respectfully request a 33-day extension of time within which to file their opening brief, from September 11, 2026, to and including October 14, 2026. This is the appellants' second request for an extension in this appeal.

2. There is good cause for this request. I am the appellate counsel for the plaintiffs in this case, and I have been heavily engaged with other appellate matters, including multiple briefs. I also have several pressing obligations that have taken up and will continue to take up substantial time over the next month. Specifically, my colleagues and I have the following upcoming deadlines:

- A supplemental brief in the New York Court of Appeals in *Salter v. Meta*, No. APL-2025-00170, *Stanfield v. Alphabet Inc.*, No. APL-2025-00165, and *Jones v. Alphabet Inc.*, No. APL-2025-00169, on September 9, 2026;
- A response brief due in the Virginia Court of Appeals in *Parker v. Zwerner*, No. 0382-26-1, on September 11, 2026;

- An opening and answering brief due in the Eighth Circuit in *Ball-Bey v. Chandler*, Nos. 26-1415 and 26-1419, on September 18, 2026;
- An opening and answering brief due in the Nevada Supreme Court in *Escobia v. Raspperry*, Nos. 90213 and 89723, on September 23, 2026;
- An oral argument in the U.S. Supreme Court in *Anderson v. Intel*, No. 25-498, on October 6, 2026; and
- A reply brief due in the Fourth Circuit in *CareFirst of Maryland v. Johnson & Johnson*, No. 26-1248, on October 8, 2026.

3. Counsel for the defendant-appellee has stated that they have no position on this request. No party will be prejudiced by the requested extension.

For the foregoing reasons, this motion for a 33-day extension of time to file the opening brief should be granted.

August 28, 2026

Respectfully submitted,

*s/ Matthew W.H. Wessler*
MATTHEW W.H. WESSLER
GUPTA WESSLER LLP
1400 16th Street, NW
Suite 225
Washington, DC 20036
*matt@guptawessler.com*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because this motion contains 256 words, excluding the parts of the motion exempted by Rule 32(f). This motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this motion has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Baskerville font.

August 28, 2026

*s/ Matthew W.H. Wessler*
MATTHEW W.H. WESSLER