**No. 26-2638**

# In the United States Court of Appeals for the Ninth Circuit

IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION

KIMBERLEY WOODRUFF, et al.,

*Plaintiffs-Appellants*,

v.

GOOGLE LLC,

*Defendant-Appellee*.

On Appeal from the United States District Court
for the Northern District of California
Case No. 4:21-cv-02155-YGR (The Hon. Yvonne Gonzalez Rogers)

## JOINT MOTION TO AMEND BRIEFING SCHEDULE

The plaintiffs-appellants and defendant-appellee jointly move to amend the briefing schedule, such that the opening brief will be due October 28, 2026, the answering brief will be due January 13, 2027, and the reply brief will be due February 3, 2027. This is the appellants' second motion for an extension after the streamlined request was granted, and the first extension request submitted by counsel for the defendant-appellee. Counsel for each side consent to the proposed briefing schedule, and no party will be prejudiced by the request.

The current deadlines and proposed revisions are as follows:

| **Filing** | **Current Deadline** | **Joint Proposal** |
|---|---|---|
| **Opening Brief** | October 14, 2026 | October 28, 2026 |
| **Answering Brief** | November 12, 2026 | January 13, 2027 |
| **Reply Brief** | December 3, 2026 | February 3, 2027 |

There is good cause to extend the deadline to file the opening brief because Matthew Wessler—as well as the other members of his firm—has several pressing obligations that have taken up and will continue to take up substantial time over the month, including:

- A reply brief due in the Fourth Circuit in *CareFirst of Maryland v. Johnson & Johnson*, No. 26-1248, on October 8, 2026;
- An opposition to a motion to dismiss due in the Eastern District of New York in *Cortez v. United States*, No. 24-cv-7532, on October 9, 2026;
- A supplemental response brief due in the Eastern District of Wisconsin in *Gill v. Soaren Management LLC*, No. 25-cv-00489, on October 15, 2026; and

- Opposition briefs to post-trial motions due in the California Third District Court of Appeal in *Hernandez v. Colony Capital*, No. 34-2020-00275166, on October 21, 2026.

There is also good cause to extend the ordinary 30-day window for the defendant-appellee to file their answering brief to avoid conflicts over the holidays and to give the defendant-appellee the same amount of additional time for the answering brief as the total extension that the plaintiffs-appellants receive for their opening brief—a total of 77 days.

For the foregoing reasons, this joint motion to amend the briefing schedule should be granted.

October 7, 2026

Respectfully submitted,

*s/ Matthew W.H. Wessler*
MATTHEW W.H. WESSLER
GUPTA WESSLER LLP
1400 16th Street, NW
Suite 225
Washington, DC 20036
*matt@guptawessler.com*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Center
20th Floor
San Francisco, CA 94111
*wsomvichian@cooley.com*

**DECLARATION OF MATTHEW W.H. WESSLER IN SUPPORT OF JOINT MOTION TO AMEND BRIEFING SCHEDULE**

I, Matthew W.H. Wessler, declare under penalty of perjury:

1. I am a member in good standing of the Bar of the District of Columbia and the bar of this Court. I am a principal at Gupta Wessler LLP in Washington, D.C., the firm retained as appellate counsel by the plaintiffs-appellants in this matter. The plaintiffs-appellants and defendant-appellee jointly move to amend the briefing schedule, such that the opening brief will be due October 28, 2026, the answering brief will be due January 13, 2027, and the reply brief will be due February 3, 2027.

2. There is good cause for this request. I am the appellate counsel for the plaintiffs in this case, and I have been heavily engaged with other appellate matters, including multiple briefs. I also have several pressing obligations that have taken up and will continue to take up substantial time over the next month. Specifically, my colleagues and I have the following upcoming deadlines:

- A reply brief due in the Fourth Circuit in *CareFirst of Maryland v. Johnson & Johnson*, No. 26-1248, on October 8, 2026;
- An opposition to a motion to dismiss due in the Eastern District of New York in *Cortez v. United States*, No. 24-cv-7532, on October 9, 2026;
- A supplemental response brief due in the Eastern District of Wisconsin in *Gill v. Soaren Management LLC*, No. 25-cv-00489, on October 15, 2026; and

- Opposition briefs to post-trial motions due in the California Third District Court of Appeal in *Hernandez v. Colony Capital*, No. 34-2020-00275166, on October 21, 2026.

3. I consulted with counsel for the defendant-appellee, who requested a corresponding extension of the deadline for the answering brief. The requested extension avoids conflicts over the holidays and gives the defendant-appellee the same amount of additional time for the answering brief as the total extension that the plaintiffs-appellants receive for their opening brief—a total of 77 days.

October 7, 2026

Respectfully submitted,

*s/ Matthew W.H. Wessler*
MATTHEW W.H. WESSLER
GUPTA WESSLER LLP
1400 16th Street, NW
Suite 225
Washington, DC 20036
*matt@guptawessler.com*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because this motion contains 338 words, excluding the parts of the motion exempted by Rule 32(f). This motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this motion has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Baskerville font.

October 7, 2026

*s/ Matthew W.H. Wessler*
MATTHEW W.H. WESSLER