UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 15 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KIMBERLEY WOODRUFF; et al.,<br><br>Plaintiffs - Appellants,<br><br>BENJAMIN HEWITT,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant - Appellee. | No. 26-2638<br><br>D.C. No.<br>4:21-cv-02155-YGR<br>Northern District of California,<br>Oakland<br><br>ORDER |

The parties' joint motion (Docket Entry No. 18) to modify the briefing schedule is granted.

The opening brief is due October 28, 2026. The answering brief is due January 13, 2027. The optional reply brief is due February 3, 2027.

In light of the modified briefing schedule, no streamlined extensions of time to file briefs will be approved. Any written motions for extensions of time to file briefs under Ninth Circuit Rule 31-2.2(b) must include a proposed briefing schedule and state whether any separately represented party objects.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT