**No. 26-2638**

# In the United States Court of Appeals for the Ninth Circuit

IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION

KIMBERLEY WOODRUFF; et al.,
*Plaintiffs-Appellants*,

v.

GOOGLE LLC,
*Defendant-Appellee*.

On Appeal from the United States District Court
for the Northern District of California
Case No. 4:21-cv-02155-YGR (The Hon. Yvonne Gonzalez Rogers)

## PLAINTIFFS-APPELLANTS' EXCERPTS OF RECORD INDEX VOLUME

ELIZABETH C. PRITZKER
JONATHAN K. LEVINE
PRITZKER LEVINE LLP
1900 Powell Street, Suite 450
Emeryville, CA 94602
(415) 692-0772

MATTHEW W.H. WESSLER
ALISA C. PHILO
GUPTA WESSLER LLP
1400 16th Street NW, Suite 225
Washington, DC 20036
(202) 888-1741
*matthew@guptawessler.com*

October 28, 2026

*Counsel for Plaintiffs-Appellants*

*(Additional counsel listed on inside cover)*

FRANCIS A. BOTTINI, JR.
BOTTINI & BOTTINI, INC.
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
(858) 914-2001

THIEN AN VINH TRUONG
SIMMONS HANLY CONROY, LLC
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6276

DAVID A. STRAITE
DICELLO LEVITT LLP
485 Lexington Avenue, Suite 1001
New York, NY 10017
(646) 993-1000

LESLEY WEAVER
ANNE K. DAVIS
STRANCH, JENNINGS & GARVEY, PLLC
1111 Broadway, Suite 03-130
Oakland, CA 94607
(341) 217-0550

BRIAN DANITZ
NANCI NISHIMURA
COTCHETT PITRE & MCCARTHY LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
(650) 697-6000

## VOLUME I


| Dkt. No. | Document | Date | Page |
|---|---|---|---|
| 813 | Order granting motion for final approval of class action settlement, granting in part motion for attorneys' fees, granting sealing requests, and judgment | March 26, 2026 | ER-3 |


## VOLUME II


| Dkt. No. | Document | Date | Page |
|---|---|---|---|
| 814-2 | Pritzker Levine entries for time and expense auditing tasks | April 2, 2026 | ER-18 |
| 814-1 | Summary of discovery-related disputes | April 2, 2026 | ER-22 |
| 814 | Plaintiffs' response to order granting in part motion for attorneys' fees | April 2, 2026 | ER-24 |
| | Transcript of hearing on motion for certification of settlement class and final approval of settlement and motion for attorneys' fees and expenses | February 17, 2026 | ER-37 |
| 795-1 | Modified redacted opposition to plaintiffs' motion for attorneys' fees and expenses | January 12, 2026 | ER-71 |
| 793-22 | Notice of lodging of exhibits re plaintiffs' time records | December 22, 2025 | ER-101 |
| 793-1 | Reply declaration of Elizabeth C. Pritzker in support of plaintiffs' motion for attorneys' fees and expenses | December 22, 2025 | ER-103 |

| | | | |
|---|---|---|---|
| 792 | Reply in support of plaintiffs' motion for attorneys' fees and expenses | December 22, 2025 | ER-122 |
| 791 | Reply in support of plaintiffs' motion for certification of settlement class and final approval of settlement | December 22, 2025 | ER-145 |
| 787-13 | Google's proposed fee reductions | November 26, 2025 | ER-150 |
| 785-2 | Disclosure webpage in settlement agreement | November 12, 2025 | ER-152 |
| 785-1 | Proposed RTB control | November 12, 2025 | ER-164 |
| 781-12 | Declaration of Jay Barnes in support of plaintiffs' motion for attorneys' fees and expenses | October 1, 2025 | ER-168 |
| 781-11 | Declaration of David A. Straite in support of plaintiffs' motion for attorneys' fees and expenses | October 1, 2025 | ER-194 |
| 781-10 | Declaration of Nanci E. Nishimura in support of plaintiffs' motion for attorneys' fees and expenses | October 1, 2025 | ER-236 |
| 781-9 | Declaration of Francis A. Bottini, Jr. in support of plaintiffs' motion for attorneys' fees and expenses | October 1, 2025 | ER-269 |


**VOLUME III**


| | | | |
|---|---|---|---|
| 781-8 | Declaration of Lesley E. Weaver in support of plaintiffs' motion for attorneys' fees and expenses | October 1, 2025 | ER-307 |

| | | | |
|---|---|---|---|
| 781-7 | Declaration of Brian T. Fitzpatrick in support of plaintiffs' motion for attorneys' fees and expenses | October 1, 2025 | ER-374 |
| 781-6 | Hours spent by each firm on specific categories of work | October 1, 2025 | ER-456 |
| 781-4 | Annual hours for attorneys and professional staff at Pritzker Levine | October 1, 2025 | ER-458 |
| 781-3 | Categorized hours for attorneys and professional staff at Pritzker Levine | October 1, 2025 | ER-460 |
| 781-1 | Declaration of Elizabeth C. Pritzker in support of plaintiffs' motion for attorneys' fees and expenses | October 1, 2025 | ER-462 |
| 781 | Plaintiffs' motion for award of attorneys' fees and expenses | October 1, 2025 | ER-477 |
| 778-16 | Mediator's statement in support of class action settlement | September 2, 2025 | ER-512 |
| 778-8 | Redacted declaration of Professor Robert Zeithammer in support of plaintiffs' motion for certification of settlement class and final approval of settlement | September 2, 2025 | ER-516 |
| 778-6 | Redacted declaration of Professor Zubair Shafiq in support of plaintiffs' motion for certification of settlement class and final approval of settlement | September 2, 2025 | ER-543 |
| 778-4 | Settlement agreement | September 2, 2025 | ER-552 |

| | | | |
|---|---|---|---|
| 778-3 | Redacted declaration of Elizabeth C. Pritzker in support of plaintiffs' motion for certification of settlement class and final approval of settlement | September 2, 2025 | ER-574 |


## VOLUME IV


| | | | |
|---|---|---|---|
| 760 | Redacted opposition to plaintiffs' renewed motion for class certification | January 31, 2025 | ER-590 |
| 755 | Redacted order denying plaintiffs' motion for contempt and spoliation sanctions re named plaintiffs' data | January 3, 2025 | ER-614 |
| 749 | Redacted version of plaintiffs' renewed motion for class certification | November 8, 2024 | ER-626 |
| 734 | Order re selection and appointment of special master to address privilege disputes | August 29, 2024 | ER-658 |
| 733 | Joint letter brief re plaintiffs' challenges to Google's privilege logs | August 16, 2024 | ER-660 |
| 716 | Order denying 23(f) petition for permission to appeal | June 20, 2024 | ER-666 |
| 700 | Docketing notice re petition for permission to appeal | April 23, 2024 | ER-667 |
| 697 | Redacted version of plaintiffs' motion for contempt and spoliation sanctions re named plaintiff | April 19, 2024 | ER-668 |

| | | | |
|---|---|---|---|
| 690 | Order denying without prejudice plaintiffs' motion for class certification | April 4, 2024 | ER-692 |
| | Transcript of hearing on plaintiffs' motion for class certification | February 21, 2024 | ER-718 |
| 546-36 | Declaration of Bethany Caracuzzo in support of plaintiffs' motion for class certification | July 14, 2023 | ER-819 |
| 546-2 | Declaration of Elizabeth C. Pritzker in support of plaintiffs' motion for class certification | July 14, 2023 | ER-835 |

**VOLUME V**

| | | | |
|---|---|---|---|
| 546 | Redacted version of plaintiffs' motion for class certification | July 14, 2023 | ER-854 |
| 494 | Redacted order re April 3, 2023 discovery dispute | April 28, 2023 | ER-892 |
| 491 | Order re March 27, 2023 discovery dispute re Berntson and Belov | April 21, 2023 | ER-897 |
| 487 | Order re plaintiffs' motion for contempt and sanctions | April 14, 2023 | ER-903 |
| 481 | Order re February 28, 2023 discovery dispute re bid response fields | April 14, 2023 | ER-910 |
| 461 | Order re further proceedings for resolution of disputes re Google's privilege claims | March 27, 2023 | ER-918 |
| 431 | Plaintiffs' motion for contempt and sanctions | February 28, 2023 | ER-921 |

| | | | |
|---|---|---|---|
| 360 | Order re October 21, 2022 discovery dispute re Google's privilege assertions | November 17, 2022 | ER-935 |
| 357 | Order re plaintiffs' motion re Google's non-compliance with September 6, 2022 order | November 14, 2022 | ER-944 |
| 326 | Order re August 15, 2022 discovery dispute re damages-related discovery | September 6, 2022 | ER-947 |
| 314 | Order re July 29, 2022 discovery dispute re named plaintiffs' data | August 26, 2022 | ER-958 |
| 269-1 | Google's objections and responses to plaintiffs' first and second sets of requests for production of documents | July 29, 2022 | ER-967 |
| 233 | Order granting in part and denying in part motion to dismiss | June 13, 2022 | ER-977 |
| 116 | Order re discovery dispute re ESI protocol | November 4, 2021 | ER-995 |
| 92 | Amended consolidated class action complaint | September 16, 2021 | ER-1001 |
| 91 | Joint submission re priority claims | September 15, 2021 | ER-1140 |
| 83 | Case management order | September 2, 2021 | ER-1145 |


**VOLUME VI**


| | | | |
|---|---|---|---|
| 82 | Joint case management statement | September 1, 2021 | ER-1149 |

| | | | |
|---|---|---|---|
| 77 | Order appointing interim class counsel and plaintiffs' executive committee | August 3, 2021 | ER-1167 |
| 69 | Order granting motions to relate; consolidating cases; setting case schedule | June 24, 2021 | ER-1170 |
| 1 | Class action complaint | March 26, 2021 | ER-1172 |
| 817 | Notice of appeal | April 20, 2026 | ER-1290 |
| | Docket below as of October 1, 2026 | October 1, 2026 | ER-1294 |


**VOLUME VII (FILED PROVISIONALLY UNDER SEAL)**


| | | | |
|---|---|---|---|
| 793-11 | Sealed declaration of Professor Robert Zeithammer in response to Google's opposition to plaintiffs' motion for award of attorneys' fees and expenses | December 22, 2025 | ER-1413 |
| 787-10 | Simmons Hanly Conroy Time Report | November 26, 2025 | ER-1425 |
| 787-9 | Pritzker Levine Time Report | November 26, 2025 | ER-1432 |
| 787-7 | DiCello Levitt Time Report | November 26, 2025 | ER-1459 |
| 787-6 | Cotchett Pitre & McCarthy Time Report | November 26, 2025 | ER-1468 |
| 787-5 | Bottini & Bottini Time Report | November 26, 2025 | ER-1483 |
| 787-4 | Bleichmar Fonti & Auld Time Report | November 26, 2025 | ER-1492 |

| | | | |
|---|---|---|---|
| 778-2 | Sealed declaration of Elizabeth C. Pritzker in support of plaintiffs' motion for certification of settlement class and final approval of settlement | September 2, 2025 | ER-1500 |